UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: SMITH & NEPHEW BIRMINGHAM HIP
RESURFACING (BHR) HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Schehrer v. Smith & Nephew, Inc., et al., | ) | |
| D. Kansas, C.A. No. 2:19-02003 | ) | MDL No. 2775 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 28, 2019, HEARING SESSION ORDER**

A conditional transfer order was filed in this action (*Schehrer*) on January 7, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Schehrer* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Schehrer* has been remanded to the District Court of Johnson County, Kansas, by the Honorable John W. Lungstrum in an order filed on March 1, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-53" filed on January 7, 2019, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel